UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-12891-RGS

ELIJAH HANNA

v.

FEDERAL BUREAU OF PRISONS, et al.

ORDER

August 7, 2026

STEARNS, D.J.

On June 23, 2026, Elijah Hanna, a prisoner serving a federal sentence at FMC Devens in Ayer, Massachusetts, filed a pro se habeas petition in the United States District Court for the District of Rhode Island. (Dkt. No. 1). That court ordered Hannah either to pay the filing fee or file a motion for leave to proceed *in forma pauperis.* (Dkt. No. 2). The order stated that failure to do so will result in dismissal of the petition for lack of prosecution. (*Id.*).

The following day, on June 24, 2026, the respondent filed a motion to transfer case. (Dkt. No. 3). The motion stated that Hanna has been in custody at FMC Devens since March 11, 2026, and that the federal court in Rhode Island is without jurisdiction. (*Id.* at 1). On June 25, 2026, the

motion was granted and the case was transferred to the District of Massachusetts. (Dkt. No. 4).

To date, Hannah has not paid the filing fee or moved for *in forma pauperis* status. He was ordered to do so on June 23, 2026, and was advised that failure to do so would result in dismissal. Under a district court's inherent power to manage its own docket and prevent undue delay, the court has discretion to dismiss a case for a party's failure to prosecute or to comply with court orders.

Based upon the foregoing, and in accordance with the court's June 23, 2026 Order (Dkt. No. 2), this action is hereby dismissed without prejudice.

**SO ORDERED.**

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

2